**TOWN OF WESTMINSTER and Virginia Ruppe v. Judson B. HALL, No. 349-78**

February 14, 1979. Defendant's Motion for Permission to Appeal from an interlocutory order of the Windham Superior Court filed November 30, 1978, is denied on the ground that defendant failed to move for permission before the superior court within ten days of the entry of such order. V.R.A.P. 5(b)(1). Plaintiffs' Motion to Dismiss defendant's appeal taken by ordinary notice of appeal, for failure to comply with the requirements of V.R.A.P. 5 is granted. Defendant's Motion for Leave to Proceed on Appeal In Forma Pauperis is denied as moot.

**Shirley V. CASTLE v. SHERBURNE CORPORATION, No. 3-79**

February 14, 1979. Appellant's Motion to Enlarge Time is granted. Appellant has until March 15, 1979, to respond to appellee's Motion to Dismiss.

**STATE of Vermont v. Benjamin H. HUGINSKI, No. 11-79**

February 16, 1979. Bail having been furnished pursuant to the order of this Court entered February 13, 1979, the defendant-appellant is released forthwith until determination of this appeal and the filing of an order of disposition in connection therewith, or until further order of this Court. V.R. A.P. 9(b).

**FRANKLIN BANK v. Raymond CAMIRE, Thomas Hayes, and Nelson Camire, No. 273-77**

February 20, 1979. Motion for Reargument is denied.

**IN RE George E. KRAATZ, Jr., No. 173-78**

February 20, 1979. Motion to Withdraw is granted.

**Mary MARTIN v. DEPARTMENT OF SOCIAL WELFARE, No. 363-78**

February 20, 1979. Motion for Stay is denied.